**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Juan Enriquez v. Ahmed A. Morsy, M.D.

Appellate case number:   01-18-00877-CV

Trial court case number:  18-CV-0884

Trial court:             10th District Court of Galveston County

Date motion filed:        September 25, 2020

Party filing motion:      Appellee


It is ordered that the motion for rehearing is **denied**.


Judge's signature: ____/s/ Julie Countiss_____
                         Acting for the Court

Panel consists of:  Chief Justice Radack and Justice Countiss.[1]  *See* TEX. R. APP. P. 41.1, 49.3.

Date:   __June 15, 2021_____

---

[1]      Justice Lloyd was a member of the original panel.  His term of office expired on December 31, 2020.